Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
916 247 6868

Attorney for Plaintiff NANCY WALLACE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY WALLACE<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL MANAGEMENT SERVICES, LP, and DOES 1-50, Inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 2:11-cv-02301-MCE-DAD<br><br>Sacramento Co. Case No.:  34-2011-00107473<br><br>**ORDER GRANTING DISMISSAL AND REMANDING TO STATE COURT** |

**ORDER GRANTING DISMISSAL AND REMANDING TO STATE COURT**

　　　This matter having come before the court upon the parties' stipulation, the Court hereby dismisses, with prejudice, the second cause of action, which alleges federal FDCPA violations and provided the basis of Defendant's removal of the instant action to this court.  In accordance with the parties' stipulation, the remainder of the lawsuit is remanded to the Superior Court of the State of California in and for the County of Sacramento where it was originally instituted under case number, 34-2011-00107473.

///

///

1 | Upon such remand the Clerk of this Court is directed to close the file.

Dated:  September 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Approved as to form:

Dated:  September 14, 2011                    Law Offices of Jonathan G. Stein

/s/ Jonathan G. Stein

By _____
    JONATHAN G. STEIN
    Attorney for Plaintiff WARREN GEORGE

Dated:  September 8, 2011                     KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                              A Law Corporation


                                              By: /s/ Candice L. Fields_____
                                                 June D. Coleman
                                                 Candice L. Fields
                                                 Attorneys for Defendant
                                                 CAPITAL MANAGEMENT SERVICES, LP